# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

JAMES MORRIS,                                                    PETITIONER

V.                                                          NO. 2:02CR74-WAP

UNITED STATES OF AMERICA,                                        RESPONDENT

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 is hereby DENIED, and the cause of action is DISMISSED with prejudice. All pending motions are TERMINATED.

**IT IS SO ORDERED.**

THIS the 5th day of October, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE