IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES ALLEN MORRIS                                                                    PETITIONER

V.                                                                              NO.  2:02CR074-WAP

UNITED STATES OF AMERICA                                                            RESPONDENT

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

James Allen Morris, who is proceeding *pro se*, has moved for appointment of counsel in connection with his motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenses pursuant to 18 U.S.C. § 3582.

The court has instituted an administrative process to expedite the handling of the Crack Cocaine motions.  Part of the process involves the appointment of the Federal Public Defender's Office to assist the inmate.  The Public Defender's Office has been notified of this matter and assigned to aid Morris with the presentation of his motion to the court.  Morris' motion for appointment of counsel (docket entry 125) is therefore DENIED.  The motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenses will be addressed in due course.

**SO ORDERED**, this the 9th day of December, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE